FILED

1   DAVID J. KAMINSKI (State Bar No. 128509)
    kaminskd@cmtlaw.com
2   LARISSA G. NEFULDA (State Bar No. 201903)
    nefuldal@cmtlaw.com
3   CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
4   Los Angeles, California 90045
    (310) 242-2200 Telephone
5   (310) 242-2222 Facsimile

6   Attorneys for Defendant,
    ERICA L. BRACHFELD, A.P.C., erroneously
7   sued as BRACHFELD AND ASSOCIATES

2009 MAR 19   PM 3: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11   ALISA ANN CIPRIANO,          )   CASE NO.
                                   )
12              Plaintiff,         )   **CV09-1899** FMC (FFMx)
                                   )
13      vs.                        )   **NOTICE OF REMOVAL**
                                   )
14                                 )
     BRACHFELD AND                 )
15   ASSOCIATES,                   )
                                   )
16              Defendant.         )
                                   )
17                                 )
                                   )
18                                 )
                                   )
19                                 )

20   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21        PLEASE TAKE NOTICE that Defendant, ERICA L BRACHFELD, A.P.C.

22   ("Defendant") hereby removes to this Court the state court action described below.

23        1.    On February 19, 2009, an action was commenced in the Superior Court

24   for the County of Los Angeles, Long Beach Courthouse, entitled Alisa Ann

25   Cipriano v. Brachfeld And Associates Case No. 09C00688, attached hereto as

26   Exhibit "A."

27        2.    The first date upon which Defendant ERICA L. BRACHFLED, A.P.C.

28   received a copy of the said Complaint was February 20, 2009, when Defendant was

05877.00/152050                    1        NOTICE OF REMOVAL OF ACTION; UNDER
                                            28 U.S.C. § 1441(b) (FEDERAL QUESTION);
                                            DECLARATION OF MARTIN BRACHFELD

served with a copy of the Summons and Complaint from the said Superior Court. See Declaration of Martin Brachfeld which is attached to this Notice of Removal

3. This action is a civil action of which this court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq.

4. There are no other defendants named in the Complaint.

5. A Notice of Filing Removal was filed with the Superior Court for the County of Los Angeles, and served upon Plaintiff ALISA ANN CIPRIANO.

DATED: March 18, 2009               CARLSON & MESSER LLP


By   /s/ David J. Kaminski
     David J. Kaminski
     Larissa G. Nefulda
     Attorneys for Defendant,
     ERICA L. BRACHFELD, A.P.C.,
     erroneously sued as BRACHFELD AND
     ASSOCIATES

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BRACHFELD AND ASSOCIATES

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ALISA ANN CIPRIANO

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

FEB 19 2009

John A. Clarke, Executive Officer/Clerk

By_____, Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* 09C00680 |

Superior Court of Los Angeles County- Long Beach Courthouse
415 West Ocean Blvd.
Long Beach, CA 90802

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael S. Agruss, Todd M. Friedman; Krohn and Moss, Ltd.
10635 Santa Monica Blvd., #170, Los Angeles, CA 90025. 323-988-2440

DATE: FEB 19 2009 JOHN A. CLARKE              Clerk, by _____, Deputy
*(Fecha)*                                      *(Secretario)*                              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

1  Michael S. Agruss (SBN: 259567)
   Ryan Lee (SBN: 235879)
2  Todd M. Friedman, Esq. (SBN 216752)
   Krohn & Moss, Ltd.
3  10635 Santa Monica Blvd., Suite 170
   Los Angeles, CA 90025
4  Tel: 323-988-2400 x235
   Fax: 866-583-3695
5  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
6  ALISA ANN CIPRIANO

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

CASE MANAGEMENT REVIEW

FEB 19 2009

JUL 2 0 2009

IN DEPARTMENT

John A. Clarke, Executive Officer/Clerk

By_____, Deputy

7      IN THE SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY,
                LONG BEACH COURTHOUSE – LIMITED CIVIL
8

9  ALISA ANN CIPRIANO,                    )   Case No.:   09C00680
                                          )
           Plaintiff,                     )
10                                        )
       v.                                 )   COMPLAINT AND DEMAND FOR
11                                        )   JURY TRIAL
   BRACHFELD AND ASSOCIATES,              )
12                                        )   (Unlawful Debt Collection Practices)
           Defendant.                     )
13                                        )   Demand Does Not Exceed $10,000.00
                                          )
14

15                          PLAINTIFF'S COMPLAINT

16  ALISA ANN CIPRIANO (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges

17  the following against BRACHFELD AND ASSOCIATES, (Defendant):

                                 INTRODUCTION
18

19   1.  Count I of Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices

20       Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

21   2.  Count II of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

22       *U.S.C. 1692 et seq.* (FDCPA).

23   3.  Defendant acted through its agents, employees, officers, members, directors, heirs,

24       successors, assigns, principals, trustees, sureties, subrogees, representatives, and

25       insurers.

                           JURISDICTION AND VENUE

                                    - 1 -

                           PLAINTIFF'S COMPLAINT

4. Jurisdiction arises under *Cal. Civ. Pro. §410.10*.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *Cal. Civ. Pro. §395(a)*.

7. Declaratory relief is available pursuant to *Cal. Civ. Pro. §1060*.

<u>PARTIES</u>

8. Plaintiff is a natural person residing in Long Beach, Los Angeles County, California.

9. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

11. Defendant is a national company with its headquarters in Torrance, Los Angeles County, California.

<u>FACTUAL ALLEGATIONS</u>

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.  (See transcribed voicemail message attached as Exhibit A).

13. Defendant called Plaintiff on her cell phone at 562-260-8011.

14. Defendant called from the following phone numbers: 888-856-2120 and 866-834-3556.

15. Plaintiff does not owe the alleged debt.

16. Plaintiff communicated to Defendant that she does not owe the alleged debt.

17. Defendant continued to place collection calls to Plaintiff.

18. Defendant continued to leave voicemail messages on Plaintiff's voicemail.  (See Exhibit A).

- 2 -

PLAINTIFF'S COMPLAINT

19. Defendant threatened to file a lawsuit against Plaintiff if Plaintiff did not pay her alleged debt.

20. Defendant calls and hangs up the telephone when Plaintiff answers.

21. Defendant threatened to garnish Plaintiff's wages.

22. Defendant threatened to take legal action against Plaintiff.

23. Defendant solicited a postdated check for more than 5 days of the date of the solicitation, and did not send a written notice to Plaintiff of Defendant's intent to deposit the check.

24. Defendant did not send Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

25. Defendant violated the RFDCPA based on the following:

    a. Defendant violated §1788.10(e) of the RFDCPA by threatening to garnish Plaintiff's wages even though Defendant has not and does not intend to do so.

    b. Defendant violated §1788.10(f) of the RFDCPA by threatening to take action against Plaintiff.

    c. Defendant violated §1788.11(b) of the RFDCPA by placing telephone calls without meaningful disclosure of the caller's identity

    d. Defendant violated §1788.11(d) of the RFDCPA when Defendant placed collection calls to Plaintiff repeatedly and continuously so as to annoy Plaintiff.

    e. Defendant violated §1788.11(e) of the RFDCPA when Defendant placed collection calls to Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances.

    f. Defendant violated §1788.13(j) of the RFDCPA because Defendant conducted unlawful practices by threatening that a legal proceeding is about to be instituted unless payment of the debt was made immediately.

- 3 -

PLAINTIFF'S COMPLAINT

g. Defendant violated the §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

26. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, ALISA ANN CIPRIANO, respectfully requests judgment be entered against Defendant, BRACHFELD AND ASSOCIATES, for the following:

27. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

28. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

29. Actual damages,

30. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and

31. Any other relief that this Honorable Court deems appropriate.

## COUNT II
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

32. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

33. Defendant violated the FDCPA based on the following:

a. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

b. Defendant violated *§1692e(4)* of the FDCPA because Defendant made a false or misleading statement by stating that Plaintiff's non-payment of debt will result in wage garnishment.

- 4 -

PLAINTIFF'S COMPLAINT

c. Defendant violated §1692e(5) of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

d. Defendant violated §1692e(10) of the FDCPA by using deceptive means when it attempted to collect on a debt not owed.

e. Defendant violated §1692e(10) of the FDCPA by using deceptive means when it did not disclose that the call was for debt collection purposes.

f. Defendant violated §1692e(10) of the FDCPA by using deceptive means by threatening legal action.

g. Defendant violated §1692e(10) of the FDCPA by using deceptive means by threatening wage garnishment.

h. Defendant violated §1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

i. Defendant violated §1692f(1) of the FDCPA because Defendant attempted to collect any amount not authorized by the agreement creating the debt or permitted by law because Plaintiff does not owe the alleged debt.

j. Defendant violated §1692f(2) of the FDCPA because Defendant engaged in unfair collection practices by soliciting a postdated check by more than 5 days of the date of the solicitation, and not sending a written notice to Plaintiff of Defendant's intent to deposit the check within 3-10 days.

k. Defendant violated §1692g(a)(1-5) by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid

- 5 -

PLAINTIFF'S COMPLAINT

by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

34. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, ALISA ANN CIPRIANO, respectfully requests judgment be entered against Defendant, BRACHFELD AND ASSOCIATES., for the following:

35. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

36. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

37. Actual damages,

38. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

39. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: February 18, 2009          KROHN & MOSS, LTD.

By: _____

Todd M. Friedman
Attorney for Plaintiff

- 6 -

PLAINTIFF'S COMPLAINT

1
2
3          ## DEMAND FOR JURY TRIAL
4          PLEASE TAKE NOTICE that Plaintiff, ALISA ANN CIPRIANO, demands a jury trial
5      in this case.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- 7 -

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA)

Plaintiff, ALISA ANN CIPRIANO, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ALISA ANN CIPRIANO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _2•7•09_ _Alisa Ann Cipriano_

ALISA ANN CIPRIANO,
Plaintiff

-7-

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

- 9 -

PLAINTIFF'S COMPLAINT

For Alisa Cipriano, Ms. Cipriano my name is Ms. Getrie.  I am calling from the Law Office of Brachfeld and Associates. We have some information here and from the transactions that took place.  We do need you to give us a call regarding these documents 1866-834-3556, extension 6034. Again my number 1866-834-3556, extension 6034.

This is Kyle McMahon with the Law Office of Brachfeld and Associates.  I have got a time sensitive matter here and I am following up with an arrangement you had with our office.  Please return my call toll free at 866-835-1915, my direct extension 6006.  Look forward to your call.

Hi, this message is for Alisa Cipriano.  My name is Santiago and I am calling from the Law Office of Brachfeld and Associates.  I know you spoke with someone in our office.  You basically made your intentions clear, but we are just trying to give you another chance in regards to this.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT B**

-10-

PLAINTIFF'S COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

|  | | YES | NO |
|---|---|---|---|
| 1. | Sleeplessness | YES | NO |
| 2. | Fear of answering the telephone | YES | NO |
| 3. | Nervousness | YES | NO |
| 4. | Fear of answering the door | YES | NO |
| 5. | Embarrassment when speaking with family or friends | YES | NO |
| 6. | Depressions (sad, anxious, or "empty" moods) | YES | NO |
| 7. | Chest pains | YES | NO |
| 8. | Feelings of hopelessness, pessimism | YES | NO |
| 9. | Feelings of guilt, worthlessness, helplessness | YES | NO |
| 10. | Appetite and/or weight loss or overeating and weight gain | YES | NO |
| 11. | Thoughts of death, suicide or suicide attempts | YES | NO |
| 12. | Restlessness or irritability | YES | NO |
| 13. | Headache, nausea, chronic pain or fatigue | YES | NO |
| 14. | Negative impact on my job | YES | NO |
| 15. | Negative impact on my relationships | YES | NO |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _I have two auto-immune diseases (ulcerative colitis and rheumatoid arthritis) that are aggravated by stress. Because of the harassing/abusive actions from the creditor/harassment I have been unable to relax and rest enough to reach a place of remission of symptoms._

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _2.7.09_

_Alisa Ann Ciprian_
Signed Name

_ALISA ANN CIPRIAN_
Printed Name

1   DAVID J. KAMINSKI (State Bar No. 128509)
    kaminskd@cmtlaw.com
2   LARISSA G. NEFULDA (State Bar No. 201903)
    nefuldal@cmtlaw.com
3   CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
4   Los Angeles, California 90045
    (310) 242-2200 Telephone
5   (310) 242-2222 Facsimile

6   Attorneys for Defendant,
    ERICA L. BRACHFELD, A.P.C., erroneously
7   sued as BRACHFELD AND ASSOCIATES

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  ALISA ANN CIPRIANO,              )   CASE NO.
                                     )
12                  Plaintiff,       )
                                     )   DECLARATION OF MARTIN
13       vs.                         )   BRACHFELD IN SUPPORT OF
                                     )   NOTICE OF REMOVAL OF
14                                   )   ACTION; UNDER 28 U.S.C. §1441(b)
    BRACHFELD AND                    )   (FEDERAL QUESTION)
15  ASSOCIATES,                      )
                                     )
16                  Defendant.       )
                                     )
17                                   )

18

19

20  I, Martin Brachfeld, declare as follows:

21       1.      I am presently employed with ERICA L. BRACHFELD, A.P.C., a

22  defendant in the above-entitled action. I am the Director of Compliance for ERICA

23  L. BRACHFELD, A.P.C. and been with the company since  2/18/07.

24  I am personally familiar with the facts set forth within this declaration and if called

25  upon to testify in this matter, I would and could do so competently as follows:

26  ///

27  ///

28

                                     1

    05877.00/132053                    DECLARATION OF MARTIN BRACHFELD IN
                                       SUPPORT OF NOTICE OF REMOVAL OF ACTION;
                                       UNDER 28 U.S.C. §1441(B) (FEDERAL QUESTION)

1.
2.      I am informed and I believe that on February 20, 2009, ERICA

2   L. BRACHFELD, A.P.C. was served with the Summons and Complaint entitled

3   <u>Cipriano v. Brachfeld And Associates,</u> Los Angeles County Superior Court Case

4   No. 09C00688.

5        I declare under penalty of perjury under the laws of the State of California

6   that the foregoing is true and correct.

7        Executed on March 18, 2009, in Torrance, California.

8

9                                              MARTIN BRACHFELD

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

DECLARATION OF MARTIN BRACHFELD IN
SUPPORT OF NOTICE OF REMOVAL OF ACTION;
UNDER 28 U.S.C. §1441(B) (FEDERAL QUESTION)

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                                  )   ss.
COUNTY OF LOS ANGELES   )

     I am employed in the County of Los Angeles, State of California.

     I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045. I am employed at that address at the firm of Carlson & Messer LLP.

     On **March 19, 2009,** I served the foregoing document(s) described as **NOTICE OF REMOVAL** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

**[X]**   **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

**[]**   **BY FACSIMILE:** On the date set forth below, at approximately _____ p.m., I transmitted the above document(s) from facsimile machine number (310)242-2222, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2.301(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

**[]**   **BY PERSONAL SERVICE BY HAND**: I personally served said document(s) on the date set forth below, by personally hand serving the aforementioned document.

**[]**   **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[X]**   **(FEDERAL)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed this **19th day of March, 2009,** at Los Angeles, California.

_Linda Brooks_ (signature)
Linda Brooks

**SERVICE LIST**

<u>Alisa Ann Cipriano v. Erica L. Brachfeld, A.P.C.</u>
05877.00

Todd M. Friedman, Esq.
Michael s. Agruss
KROHN & MOSS, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, California  90025
Tele: (323) 988-2400
Fax: (866) 802-0021

**Attorneys for Plaintiff**
**ALISA ANN CIPRIANO**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Florence-Marie Cooper and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV09- 1899 FMC (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

**[X] Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

**[ ] Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

**[ ] Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Alisa Ann Cipriano | Erica L. Brachfeld, A.P.C. erroneously sued as Brachfeld and Associates |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Todd A. Friedman, Esq.<br>Krohn & Moss Ltd.<br>10835 Santa Monica Blvd., Suite 170<br>Los Angeles, California  90025<br>(323) 988-2400 | David J. Kaminski, Esq.<br>CARLSON & MESSER LLP<br>5959 W. Century Blvd., Suite 1214<br>Los Angeles, CA  90045<br>310-242-2200 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** 0.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Plaintiff alleges Defendant violated 15 USC Section 1692, et seq. during its attempts to collect a debt from Plaintiff.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litig. |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 660 Occupational Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determina- tion Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No  ☐ Yes

If yes, list case number(s):

CV09-1899

FOR OFFICE USE ONLY:   Case Number:

| CV-71 (07/05) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|
| | | CCD-JS44 |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? [x] No [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.

Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides.    (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles County

List the California County, or State if other than California, in which EACH claim arose.    (Use an additional sheet if necessary)

Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date 3-18-09

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )   ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045. I am employed at that address at the firm of Carlson & Messer LLP.

On **March 19, 2009,** I served the foregoing document(s) described as **CIVIL COVER SHEET** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X]   **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[]   **BY FACSIMILE:** On the date set forth below, at approximately ____ p.m., I transmitted the above document(s) from facsimile machine number (310)242-2222, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2.301(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[]   **BY PERSONAL SERVICE BY HAND:** I personally served said document(s) on the date set forth below, by personally hand serving the aforementioned document.

[]   **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **19th day of March, 2009,** at Los Angeles, California.

*Linda Brooks*
Linda Brooks

1
PROOF OF SERVICE

1

**SERVICE LIST**
Alisa Ann Cipriano v.  Erica L. Brachfeld, A.P.C.
2
05877.00

3

4

5   Todd M. Friedman, Esq.
Michael s. Agruss
6   KROHN & MOSS, Ltd.
10635 Santa Monica Blvd., Suite 170
7   Los Angeles, California  90025
Tele: (323) 988-2400
8   Fax: (866) 802-0021

**Attorneys for Plaintiff
ALISA ANN CIPRIANO**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2