# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:09-cv-01899-JHN-FFMx | Date | April 6, 2010 |
|---|---|---|---|
| Title | Alisa Ann Cipriano v. Brachfeld and Associates | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE re VIOLATION OF JURY TRIAL ORDER and ORDER VACATING PRETRIAL CONFERENCE (In Chambers)

On January 5, 2010 the Court issued a Jury Trial Order requiring filing of certain documents - memoranda of contentions of fact and law, joint exhibit list, and other trial documents not later than 21 days prior to the Pretrial Conference Date.  The final Pretrial Conference Date was set on April 12, 2010.  To date, neither party has complied with Court's Trial Order.  Accordingly, the Pretrial Conference Date is VACATED.  Counsel for both parties are ordered to show cause by no later than **April 20, 2010** re failure to comply with the Court's order.  Failure to do so may result in the imposition of sanctions.

Upon receipt of the parties' written response, the Court will set the matter for hearing, if necessary.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |