JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALISA ANN CIPRIANO,<br><br>　　　　　　Plaintiff,<br>　　v.<br>BRACHFELD AND ASSOCIATES,<br>　　　　　　Defendant. | CASE NO. 2:09-cv-01899-JHN-FFMx<br><br>**ORDER OF DISMISSAL** |

　　　Having considered the parties' Stipulation of Dismissal, the Court hereby rules as follows:

　　　1.　　The above-entitled lawsuit is dismissed with prejudice.

　　　2.　　The Court retains jurisdiction solely to enforce the terms of the parties' settlement agreement until June 30, 2010.

DATED: April 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1